Núms. 8173 y 8174.—Mattei, dmdte. *v.* Pueblo, apldo.—C. D. San Juan. Noviembre 7, 1941.

Por los fundamentos de la opinión emitida en el caso núm. 8172, *Román Ortiz Toro v. El Pueblo de Puerto Rico,* resuelto en el día de

hoy (ante, pág. 441), se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan el día 12 de enero de 1938.

El Juez Asociado Sr. De Jesús no intervino.